The Supreme Court docket number is SC 18586.

*Daniel Shepro*, in support of the petition.

*Richard W. Callahan*, in opposition.

Decided March 25, 2010

STATE OF CONNECTICUT *v.* STEPHEN J. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court (AC 27416) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Stephen J. Williams*, pro se, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, and *Mark A. Dubois*, chief disciplinary counsel, in opposition.

Decided March 25, 2010

STATE OF CONNECTICUT *v.* ANNE M. BRADLEY

The defendant's petition for certification for appeal from the Appellate Court (AC 30149) is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Anne M. Bradley*, pro se, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 25, 2010